# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

DESHAWN ROGERS                                                                PLAINTIFF

v.                          5:16CV00287-JM-JTK

TASHA CLARK, et al.                                         DEFENDANTS

### ORDER

Rogers has not responded to this Court's September 21, 2016 Order directing him to pay the $400 filing fee for this action or file a Motion to Proceed in forma pauperis, within thirty days (Doc. No. 2). Therefore, the Court finds his Complaint should be dismissed without prejudice, for failure to prosecute.[1] Accordingly,

IT IS, THEREFORE, ORDERED that Plaintiff's Complaint is DISMISSED without prejudice for failure to prosecute.

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 26th day of October, 2016.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE

---

[1] Rule LR5.5(c)(2) of the Rules of the United States District Courts for the Eastern and Western Districts of Arkansas provides as follows:
> It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case and to prosecute or defend the action diligently . . . . If any communication from the Court to a pro se plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice. . . .